UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT CR 14-378 ADM/LIB |
| ) | |
| Plaintiff, ) | 18 U.S.C. § 2 |
| ) | 21 U.S.C. § 841(a)(1) |
| v. ) | 21 U.S.C. § 841(b)(1)(A) |
| ) | 21 U.S.C. § 841(b)(1)(B) |
| 1. LONNIE ALAN GILES, ) | 21 U.S.C. § 846 |
| a/k/a "Gordo," ) | 21 U.S.C. § 853 |
| a/k/a "Fat Boy," ) | |
| ) | |
| 2. SERGIO OCHOA-ALAPISCO, ) | |
| a/k/a "Serge," ) | |
| a/k/a "Hector," ) | |
| ) | |
| 3. ROBERT HUGH WILSON, ) | |
| a/k/a "Allstate," ) | |
| ) | |
| 4. RODOLFO IBARRA II, ) | |
| a/k/a "Lil Dude," ) | |
| a/k/a "Rudy," ) | |
| ) | |
| 5. JOSE ANGEL FUENTES, ) | |
| ) | |
| 6. AIDE OCHOA-ALAPISCO, ) | |
| a/k/a "Mary," ) | |
| ) | |
| 7. ARMANDO SOLANO-GAMEZ, and ) | |
| ) | |
| 8. BRANDON CAIN SIMONSON, ) | |
| a/k/a "Whitey," ) | |
| ) | |
| Defendants. ) | |


SCANNED
NOV 19 2014
U.S. DISTRICT COURT MPLS

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Conspiracy to Distribute Methamphetamine)

1.　From in or about the spring of 2014, and continuing through on or about October 23, 2014, in the State and District of Minnesota, and elsewhere, the defendants,

**LONNIE ALAN GILES,**
a/k/a "Gordo,"
a/k/a "Fat Boy,"
**SERGIO OCHOA-ALAPISCO,**
a/k/a "Serge,"
a/k/a "Hector,"
**ROBERT HUGH WILSON,**
a/k/a "Allstate,"
**RODOLFO IBARRA II,**
a/k/a "Lil Dude,"
a/k/a "Rudy,"
**JOSE ANGEL FUENTES,**
**AIDE OCHOA-ALAPISCO,**
a/k/a "Mary,"
**ARMANDO SOLANO-GAMEZ, and**
**BRANDON CAIN SIMONSON,**
a/k/a "Whitey,"

did knowingly and intentionally conspire with each other and with others known and unknown to the grand jury to distribute, and to possess with the intent to distribute, methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

### Quantities of Methamphetamine Involved in the Conspiracy

2.　With respect to defendant **LONNIE ALAN GILES**, a/k/a "Gordo," a/k/a "Fat Boy," his conduct, which included the reasonably foreseeable conduct of other members of the conspiracy, involved 500 grams or more of a mixture and substance

2

containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

3. With respect to defendants **SERGIO OCHOA-ALAPISCO**, a/k/a "Serge," a/k/a "Hector," **ROBERT HUGH WILSON**, a/k/a "Allstate," **RODOLFO IBARRA II**, a/k/a "Lil Dude," a/k/a "Rudy," **JOSE ANGEL FUENTES, AIDE OCHOA-ALAPISCO**, a/k/a "Mary," and **ARMANDO SOLANO-GAMEZ**, their conduct, which included the reasonably foreseeable conduct of other members of the conspiracy, involved 50 grams or more of actual methamphetamine, a controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

4. With respect to defendant **BRANDON CAIN SIMONSON**, a/k/a "Whitey," his conduct, which included the reasonably foreseeable conduct of other members of the conspiracy, involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B).

## COUNT 2
(Possession with Intent to Distribute Actual Methamphetamine)

On or about August 28, 2014, in the State and District of Minnesota, the defendant,

**JOSE ANGEL FUENTES,**

did knowingly and intentionally possess with intent to distribute 50 grams or more of actual methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 3
(Possession with Intent to Distribute Actual Methamphetamine)

On or about September 6, 2014, in the State and District of Minnesota, the defendant,

**ROBERT HUGH WILSON,**
a/k/a "Allstate,"

did knowingly and intentionally possess with intent to distribute 50 grams or more of actual methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 4
(Aiding and Abetting Distribution of Actual Methamphetamine)

On or about October 22, 2014, in the State and District of Minnesota, the defendants,

**SERGIO OCHOA-ALAPISCO,**
a/k/a "Serge,"
a/k/a "Hector,"
**AIDE OCHOA-ALAPISCO,**
a/k/a "Mary," and
**ARMANDO SOLANO-GAMEZ,**

each aiding and abetting the other, did knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 5
(Attempted Possession with Intent to Distribute Methamphetamine)

On or about October 23, 2014, in the State and District of Minnesota, the defendant,

**BRANDON CAIN SIMONSON,**
a/k/a "Whitey,"

did knowingly and intentionally attempt to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and 846.

## FORFEITURE ALLEGATION

If convicted of any of Counts 1 through 5 of this Indictment, the defendants,

**LONNIE ALAN GILES,**
a/k/a "Gordo,"
a/k/a "Fat Boy,"
**SERGIO OCHOA-ALAPISCO,**
a/k/a "Serge,"
a/k/a "Hector,"
**ROBERT HUGH WILSON,**
a/k/a "Allstate,"
**RODOLFO IBARRA II,**
a/k/a "Lil Dude,"
a/k/a "Rudy,"
**JOSE ANGEL FUENTES,**
**AIDE OCHOA-ALAPISCO,**
a/k/a "Mary,"
**ARMANDO SOLANO-GAMEZ,** and
**BRANDON CAIN SIMONSON,**
a/k/a "Whitey,"

shall forfeit to the United States any property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of such violation; any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of

5

such violation; and any substitute for such property under Title 21, United States Code, Section 853(p); all pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

UNITED STATES ATTORNEY             FOREPERSON